**Opinion issued August 19, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00077-CV

————————————

**JULIO J. JASSO, Appellant**

**V.**

**CONTINENTAL TRANS AM LLC, Appellee**

---

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Case No. 2022-62373**

---

## MEMORANDUM OPINION

Appellant's brief was due to be filed on June 30, 2025. On July 14, 2025, the Court issued a notice that the appeal might be dismissed unless appellant filed a brief or a motion for extension within 10 days of the date of the notice. Appellant did not file a brief or motion for extension.

Accordingly, we dismiss the appeal for want of prosecution.  *See* TEX. R. APP.
P. 42.3.  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Dokupil.